# In the United States Court of Federal Claims

No. 04-1315 C

(Filed November 24, 2004)

* * * * * * * * * * * * * * * * * * * * * *
PIXLEY INVESTMENT GROUP, *
A California Limited Partnership, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On November 19, 2004, defendant filed an Unopposed Motion for Enlargement of Time of forty-five days, to and including January 3, 2005, within which to respond to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE