# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**RAMONA INVESTMENT GROUP II,**

**Plaintiff,**

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C - ADR Pilot**
**Filed: April 7, 2005**
**cc: Judge Bush, Judge Baskir, Judge Firestone**

| | |
|---|---|
| **PIXLEY INVESTMENT GROUP** | * |
| **Plaintiff,** | * |
| **BRAWLEY I INVESTMENT GROUP,** | * |
| **Plaintiff,** | * |
| **BRAWLEY II INVESTMENT GROUP,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **UNITED STATES** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

On April 6, 2005, an ADR status conference was held in the three lead ADR cases, Grass Valley Investment Group I v. United States, Diamond Springs Investment Group II v. United States, and Weaverville Investment Group I v. United States. At that conference, the parties discussed the progress of the ADR proceedings in these cases. The parties also provided an update on the potential for using the ADR model developed in the three lead cases for the other five of the above-captioned cases and the additional forty-three similar cases filed with this court.

The parties and the court have scheduled the next status conference for **Wednesday, April 27, 2005 at 10:30 a.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (612) 305-4440 and defendant's counsel at (202) 305-7561. Both parties should be prepared to further discuss the progress of ADR in the above-captioned cases, as well as the next steps in the ADR process for the other similar cases.

Also, the defendant's attorney shall inform the court **within three days** of a decision regarding whether the United States will proceed with the appeal filed in Franconia Associates, Inc. v. United States.

As stated at the status conference, the court commends the parties for their cooperation, hard work, and progress achieved in the lead ADR cases. The undersigned remains available to assist the parties at any time and looks forward to an appropriate, alternative resolution of the related cases. A copy of this order is being provided to the presiding trial judges.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**