**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

THE UNITED STATES

Defendant.

Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1315C, 04-1287C, 04-1305C

ADR Pilot Program
(Judge Marian Blank Horn)

---

**JOINT STATUS REPORT**

The parties respectfully submit the following Joint Status Report pursuant to the Court's Order of April 23, 2007.

As previously reported, the Section 515 Litigation Settlement Agreement was fully executed effective May 21, 2007, following which the parties entered the implementation phase

of the settlement process. As reported to the Court in the ADR conference held on May 16, 2008, the parties have agreed to defer the remaining payment dates set forth in the Agreement and expect to complete the settlement process by October 31, 2008.

Toward that end, the Cushman & Wakefield firm has nearly completed the process of preparing a Market Rent Study as required by the Agreement for each of the properties in the settlement. The parties continue to review the studies for accuracy on a rolling basis, and have held regular conferences with Cushman & Wakefield representatives on various issues throughout the settlement implementation process. The parties are also making further progress in reaching final market rent conclusions and calculating damages for each property. As part of that effort, the parties are in the process of exchanging information necessary for the computation of damages for individual properties. As a result, the parties have reached agreement on the market rents and damages start dates for roughly half of the properties in the settlement, and have further agreed on final damages amounts for numerous properties. Finally, the parties continue to confer with one another on a frequent basis to address various issues related to the implementation process as they arise.

In sum, the parties are pleased with the progress of the settlement implementation to date, and expect the process to be completed by October 31, 2008. The parties look forward to discussing the progress of the settlement process further with the Court during the ADR conference scheduled for June 25, 2008. Pursuant to the Court's Order of May 19, 2008, the parties will submit to the Court by June 18, 2008 a copy of the final Settlement Agreement and a joint statement of the issues that the parties wish to discuss during the conference.

The parties have conferred regarding the filing of this document, and counsel for defendant has authorized counsel for plaintiffs to represent that defendant concurs in the contents of this Joint Status Report and all of the representations set forth therein.

Dated: June 11, 2008

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*